JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VACA O.,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:20-cv-05536-GJS<br><br>JUDGMENT |

　　Pursuant to the Court's Memorandum Order Following Appellate Remand,

　　IT IS ADJUDGED that this matter is **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings consistent with the December 22, 2023 Memorandum Decision of the United States Court of Appeals for the Ninth Circuit in Case No. 21-56263.

DATED: February 15, 2023

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE